1

2

3

4

5 UNITED STATES DISTRICT COURT

6 SOUTHERN DISTRICT OF CALIFORNIA

7

8 UNITED STATES OF AMERICA,

Case No.: 23-cr-0703-JO

9 Plaintiff,

**ORDER CONTINUING MOTION
HEARING/TRIAL SETTING AND
DECLARING CASE COMPLEX**

10 v.

11 CARLOS ADOLFO MARIN (2);
VICTOR MACIAS-FONSECA (4);
12 ARIANA ARCE-CORRALES (6);
MARCO ANTONIO SANCHEZ
13   HERNANDEZ, JR. (8);
MARCO ANTONIO SANCHEZ
14   HERNANDEZ, SR. (9);
15 BERNARDO VALDEZ-BELTRAN (11);
GUILLERMO CARLOS TEJEDA (14);
16 GUSTAVO CAMACHO-FALOMIR (16);
17 MINERVA ACEVEDO (18);
ANGEL LARA RODRIGUEZ (20),
18

19 Defendants.

20

21      On January 8, 2024, the parties filed a Joint Motion to Continue the Motion

22 Hearing/Trial Setting currently set for January 12, 2024 to April 12, 2024. For good cause

23 appearing, the Court GRANTS the joint motion to continue [Dkt. 234] and sets the Motion

24 Hearing/Trial Setting on April 12, 2024 at 1:30 p.m.

25      For the reasons set forth in the joint motion, the Court finds that the ends of justice

26 will be served by granting the requested continuance, and these outweigh the interests of

27 the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this

28 continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

1    Further, on May 24, 2023, Defendants Ariana Arce-Corrales and Victor Macias-

2    Fonseca each filed a pretrial motion that remains pending.  Accordingly, the Court finds

3    that time from May 24, 2023 to April 12, 2024 shall be excluded under the Speedy Trial

4    Act on grounds that a pretrial motion is pending.  18 U.S.C. § 3161(h)(1)(D).  This time is

5    excluded as to the Co-Defendants.  *United States v. Messer*, 197 F.3d 330, 336 (9th Cir.

6    1999) ("It is well established that an exclusion from the Speedy Trial clock for one

7    defendant applies to all codefendants.").

8    Additionally, based on the reasons stated in the parties' joint motion and after

9    considering the factors in 18 U.S.C. § 3161(h)(7)(B)(ii), the Court GRANTS the parties'

10   joint motion to continue to declare this case complex. *United States v. McCarns*, 900 F.3d

11   1141, 1144 n.4. (9th Cir. 2018) ("Section 3161(h)(7)(B)(ii) instructs a district court to

12   consider '[w]hether the case is so unusual or so complex, due to the number of defendants,

13   the nature of the prosecution, or the existence of novel questions of fact or law, that it is

14   unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself

15   within the time limits established by this section.'").

16   IT IS SO ORDERED.

17   Dated:

18                                                    Hon. Jinsook Ohta
                                                      UNITED STATES DISTRICT JUDGE